UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-81538-MARRA

JAMES MEARS,

    Plaintiff,

vs.

DECORATORS RESOURCE
ESTATE FURNISHINGS, INC. and
CMBB, INC.,

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 8]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendants DECORATORS RESOURCE ESTATE FURNISHINGS, INC. and CMBB, INC. are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

2

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 10th day of November, 2016.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record